# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTER'S MATTER FUND, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State and Chair of the Georgia State Election Board, <br><br> *Defendants.* | CIVIL ACTION FILE <br> NO. 1:20-cv-04869-SCJ |

## DECLARATION OF CHRIS HARVEY

Pursuant to 28 U.S.C. § 1746, I, Chris Harvey, make the following declaration:

1.

My name is Chris Harvey. I am over the age of 21 years, and I am under no legal disability that would prevent me from giving this declaration. I am giving this declaration based on my personal knowledge.

2.

I currently am the Director of Elections for the State of Georgia. I have held that position since July 2015. From August 2007 to July 2015, I was the

1

Chief Investigator and Deputy Inspector General for the Secretary of State's office, investigating, among other things, potential violations of state election law. For more than a decade, I have acquired firsthand knowledge of Georgia's election processes at both the state and county level.

3.

Our vendor for National Change of Address (NCOA) is Total Data Technologies.

4.

When Total Data Technologies runs the NCOA process, it generates reports that are sent directly to our voter-registration vendor, PCC.

5.

Those reports indicate that the database utilized for the NCOA process by Total Data Technologies comes from Anchor Computer and utilizes the 48-month NCOA file.

6.

It is my understanding that Total Data Technologies is a reseller or broker for Anchor Computer for NCOA services.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2020

_____
CHRIS HARVEY