IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLACK VOTERS MATTER FUND, TRANSFORMATIVE JUSTICE COALITION, THE RAINBOW PUSH COALITION, and SOUTHWEST VOTER EDUCATION PROJECT,<br><br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>   Defendant.<br><br>REPUBLICAN NATIONAL COMMITTEE and GEORGIA REPUBLICAN PARTY,<br><br>   Intervenor-Defendants. | CIVIL ACTION FILE NO.<br><br>1:20-CV-04869-SCJ |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Emergency Consideration of Plaintiffs' Motions Filed on December 28, 2020 Doc. Nos. [66] and [67] (Doc. No. [68]). Plaintiffs earlier filed (1) a Motion to Reconsider (Doc.

No. [66]) the Court's denial (Doc. No. [63]) of Plaintiffs' Motion for Preliminary Injunction (Doc. No. [6]). Plaintiffs also earlier filed a Motion for Leave to File a Second Amended Complaint (Doc. No. [67]).

After review and in the exercise of the Court's discretion, the Court **DENIES** Plaintiffs' Motion for Emergency Consideration of Plaintiffs' Motions Filed on December 28, 2020 Doc. Nos. [66] and [67] (Doc. No. [68]). See LR 7.2(B), NDGa. Plaintiffs' substantive motions (Doc. Nos. [66] and [67]) shall proceed with a normal briefing schedule. See LR 7.2(E), NDGa.

**IT IS SO ORDERED** this  29th  day of December, 2020.

                                              s/Steve C. Jones
                                      **HONORABLE STEVE C. JONES**
                                      **UNITED STATES DISTRICT JUDGE**