**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BLACK VOTER'S MATTER FUND, TRANSFORMATIVE JUSTICE COALITION**,** THE RAINBOW PUSH COALITION and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT | ] ] ] ] ] ] ] | |
| Plaintiffs | ] ] | Civil Action No. 20-cv-4869 |
| V. | ] | |
| BRAD RAFFENSPERGER, Secretary of State of Georgia in his official capacity, | ] ] ] | |
| Defendant | ] | |

**MOTION TO ADJOURN RULING ON DEFENDANT**
**RAFFENSPERGER'S MOTION TO DISMISS UNTIL AFTER**
**THE COURT RULES ON THE PLAINTIFFS' MOTIONS FOR**
**RECONSIDERATION AND TO AMEND THE COMPLAINT**

Plaintiffs, by and through counsel move this Court to adjourn ruling on Defendant Raffensperger's Motion to Dismiss until after the Court Rules on Plaintiffs' Motion for Reconsideration and Motion for leave to file a Second Amended Complaint.

As reasons in support of this motion, Plaintiffs state:

1.  Plaintiffs were open in their papers that the case was filed in part because of the urgency and importance of the Senatorial runoff elections could result in more people wanting to vote, and many of them finding they were purged from the voting rolls for moving when they did not.

2.  After filing the case, Plaintiffs attention was turned to the preparation for the hearing on the injunctive relief.

3.  The legal issues raised in the motion to dismiss were in raised in Plaintiffs motion for Preliminary Injunction, such as standing and NVRA notice.

4.  The Court has ruled on Plaintiffs motion for a Preliminary Injunction disagreeing with Defendant that Plaintiffs lack constitutional standing, however agreeing with Defendant on the issue of statutory NVRA notice.

5.  Plaintiffs' motion to amend seeks to remedy the NVRA standing/notice question with the addition to the Palast Investigative Fund as a Plaintiff.

6.  In the Motion to Dismiss and the Defendant's opposition to the Plaintiffs' motion for preliminary injunction, the Secretary of State claimed that Defendant was not required to directly use a USPS licensee as long as the information came from a licensee.

7. The Court ruled that the Defendant could use information from a USPS licensee and found this was done through the use of information from Anchor Computer Inc.

8. The Plaintiffs' motion for reconsideration directly challenges the finding that Defendant used Anchor for any aspect of its NCOA analysis.

9. The Court did not rule on the merits Plaintiffs' Equal Protection claim but found it did not support injunctive relief.

10. The Court has indirectly addressed the issue of laches through the holding that changes should not be made on the eve of an election.

11. Plaintiffs motion to amend the Complaint seeks the restoration of voters to the rolls as a long-term request after discovery and further development of the record.

12. Thus, the issues raised in Defendant's motion to dismiss are directly addressed and remedied by the motions Plaintiffs have filed.

13. If this Court is not inclined to grant this motion, Plaintiffs seek an extension to file a specific response to Defendant's Motion to Dismiss.

Respectfully submitted this 30th day of December 2020,

By: /s/ Gerald A. Griggs
Gerald A. Griggs
Georgia Bar No. 141643
Lead Attorney for Plaintiffs

1550 Scott Blvd
Decatur, Ga. 30030

(404) 633-6590
Gerald@geraldagriggs.com

                                        By: /s/ Jeanne Mirer
                                        Jeanne Mirer
                                        New York Bar No. 4546677
                                        Lead Pro Hac Vice Attorney for Plaintiffs

Mirer, Mazzocchi & Julien PLLC
1 Whitehall Street, 16th Fl.
New York, NY 10004
jmirer@mmsjlaw.com
(212) 231 2235

                                        By: /s/ Tricia P. Hoffler
                                        Tricia P. Hoffler, Esq.
                                        Georgia Bar No. 666951
                                        Co-Counsel for Plaintiffs

The CK HOFFLER FIRM
23 Lenox Pointe
Atlanta, GA 30324
Telephone:  (404) 263-0201
Facsimile:   (404) 263-0202
E-Mail: ck@ckhofflerfirm.com

                                        By: /s/ Maria O. Banjo
                                        Maria Olabosipo Banjo
                                        Georgia Bar No. 266098
                                        Co-Counsel for Plaintiffs

Maria O. Banjo, LLC
1550 Scott Blvd
Decatur, GA 30033
404-226-8081
Email: maria@mariabanjo.com

                                        By: /s/ Fred David Gray
                                        Fred David Gray, Esq.
                                        Alabama Bar No. 1727R63F
                                        Co-Counsel for Plaintiffs
                                        Pro Hac Vice

Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, PC
108 Fred Gray Street
Tuskegee, AL 36083-0239
Telephone: (334) 727-4830
Facsimile: (334) 727-5877
E-Mail: fgray@glsmgn.com